IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN EATON** | : | **Civil No. 1:19-cv-01518** |
| | . | |
| **Plaintiff,** | : | |
| | . | |
| **v.** | : | |
| | . | |
| **XPO LOGISTICS WORLDWIDE, INC.** | : | |
| | . | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

Before the court is Defendant XPO Logistics Worldwide, Inc.'s ("XPO")

Motion to Dismiss for Failure to Join an Indispensable Party (Doc. 9).  In

conformity with the Memorandum issued on today's date, Defendant's motion is

hereby **DENIED**.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  June 2, 2020