IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN EATON,** | : Civil No. 1:19-CV-01518 |
| **Plaintiff,** | : |
| v. | : |
| **XPO LOGISTICS WORLDWIDE, INC.,** | : |
| **Defendant.** | : Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 27th day of August, 2021, upon consideration of the motion for summary judgment filed by Defendant XPO Logistics Worldwide Inc., (Doc. 26) and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and Plaintiff John Eaton's claims are **DISMISSED** with prejudice.

The Clerk of Court is directed to close this case.

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge